*Decisions on Petitions for Writs of Certiorari from February 25 to May 4, 1908.*

No. 571. Charles C. May, Petitioner, *v.* The United States. March 2, 1908. Petition for a writ of certiorari to

the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Charles S. Voorhees* and *Mr. Reese H. Voorhees* for petitioner. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Sanford* for respondent.